1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,           )
                                       )   NO.    CR-10-2027-WFN-1
8              Plaintiff,              )
                                       )
9       -vs-                           )   ORDER
                                       )
10 GERARDO RIOS-OROZCO,                )
   a/k/a Gerardo Rios-Orosco,          )
11                                     )
               Defendant.              )
12

13      Pending before the Court is Defendant's Motion for Reconsideration (ECF No. 110).
14 For the reasons stated on the record previously, the Court's ruling stands. The Court has
15 reviewed the file and Motions and is fully informed. Accordingly,
16      **IT IS ORDERED** that Defendant's Motion for Reconsideration, filed March 17, 2011,
17 **ECF No. 110**, is **DENIED**. Defendant has not presented newly discovered evidence, clear
18 error, or a change in law warranting reversal of the Court's previous decision. The Court's
19 decision to preclude evidence of the defenses of entrapment by estoppel and necessity stands.
20      The District Court Executive is directed to file this Order and provide copies to
21 counsel.
22      **DATED** this 23rd day of March, 2011.
23
24                                         s/ Wm. Fremming Nielsen
                                           WM. FREMMING NIELSEN
25  03-23                                  SENIOR UNITED STATES DISTRICT JUDGE
26

ORDER