UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br> -vs-<br><br>GERARDO RIOS-OROZCO,<br>a/k/a Gerardo Rios-Orozco,<br><br>                Defendant. | NO.    CR-10-2027-WFN-1<br><br>ORDER |

A final pretrial conference and motion hearing was held April 12, 2011 which was followed by jury selection and trial in the afternoon. The Defendant, who is in custody, was present and represented by Alison Guernsey; Assistant United States Attorney Alison Gregoire represented the Government. The Court addressed pending motions and Defendant's oral motion to dismiss made at the close of the Government's case-in-chief.

The Court has reviewed the file and Motions and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion in Limine, filed March 28, 2011, **ECF No. 127**, is **GRANTED IN PART and DENIED IN PART.**

2. Defendant's Supplemental Motion in Limine, filed April 8, 2011, **ECF No. 150**, is **GRANTED**.

3. Defendant's Objection to Government's Intent to Introduce 404(b) Evidence, filed April 8, 2011, **ECF No. 153**, is **SUSTAINED**.

ORDER - 1

4. Defendant's Motion for Reconsideration, filed April 8, 2011, **ECF No. 154**, is **DENIED**.

5. Defendant's oral motion to dismiss at the close of the Government's case-in-chief is **DENIED** for the reasons stated on the record.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 12th day of April, 2011.

04-12

                                        s/ Wm. Fremming Nielsen
                                        WM. FREMMING NIELSEN
                                      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2